UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No.: 23-cv-61045-AHS

MAENETTE JARRETT, an individual,

    Plaintiff,

v.

HOTEL EQUITIES GROUP, LLC., a
Foreign Limited Liability Company,
CHARLESTOWNE HOTELS, a South
Carolina Corporation,
ATLANTIC HOTEL GROUP ASSETS,
LLC, a Florida Limited Liability Company,
ATLANTIC HOTEL GROUP HOLDINGS,
LLC, a Florida Limited Liability Company,
THE ATLANTIC HOTEL
CONDOMINIUM ASSOC., INC., a Florida
not for Profit Corporation,
1602 ATLANTIC, LLC, a Florida Limited
Liability Company.

    Defendants.
_____/

## THE ATLANTIC HOTEL CONDOMINIUM ASSOCATION INC.'S RESPONSE TO PLAINTIFF'S STATEMENT OF CLAIM

Defendant, THE ATLANTIC HOTEL CONDOMINIUM ASSOCATION, INC. (the "Association"), pursuant to the Court's Order Requiring Scheduling Report, Statement of Claim and Response, and Referral to Magistrate Judge [D.E. 6], hereby files this Response to Plaintiff, MAENETTE JARRETT's ("Plaintiff") Statement of Claim [D.E. 18], and states as follows:

    1.    The Association denies that it was or has ever been Plaintiff's employer or joint employer.

Case No.: 23-cv-61045-AHS

2. The Association further denies that Plaintiff is entitled to recover any purported unpaid overtime wages, liquidated damages, or any other damages from the Association whatsoever.

Dated:  August 14, 2023     Respectfully submitted,

**KAUFMAN DOLOWICH & VOLUCK, LLP**

By:  s/Joseph M. Cobo
Joseph M. Cobo, Esq. (Florida Bar Number:  0114204)
Attorney E-mail address:  jcobo@kdvlaw.com
One Financial Plaza
100 S.E. 3rd Ave., Suite 1500
Fort Lauderdale, FL 33394
Tel. (954) 302-2360
Fax: (888) 464-7982
*Counsel for Defendant, The Atlantic*
*Hotel Condominium Association, Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing on this 14th day of August 2023, with the Clerk of the Court using the CM/ECF system which will automatically send a notice of electronic filing to all counsel of record.

/s/Joseph M. Cobo