UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISIONS

CASE NO.: 0:23-cv-61045-AHS

MEANETTE JARRETT,

    Plaintiff,

v.

HOTEL EQUITIES GROUP, LLC, a foreign limited liability company, CH AVON FLORIDA, LLC, a foreign limited liability company, ATLANTIC HOTEL GROUP ASSETS, LLC, a Florida limited liability company, ATLANTIC HOTEL GROUP HOLDINGS, LLC, a Florida limited liability company, THE ATLANTIC HOTEL CONDOMINIUM ASSOCIATION, INC., a Florida not-for-profit corporation, 1602 ATLANTIC, LLC, a Florida limited liability company,

    Defendants.

_____/

## DEFENDANT, 1602 ATLANTIC, LLC'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S DISCOVERY REQUEST

Defendant, 1602 ATLANTIC, LLC ("Defendant"), by and through its undersigned counsel, moves this Court in this motion for entry of an Order extending the time to responde to Plaintiff's Discovery Requests dated October 9, 2023 and states:

1. On October 9, 2023, Plaintiff served Defendant with Interrogatories, Request for Production and Request for Admissions ("Discovery Request").

2. Defendant's responses to Discovery Request are due on November 8, 2023.

3. Good cause for an extension exists as Defendant and their counsel need additional time to file a response to Plaintiff's Discovery Request.

4. The granting of this Motion will not prejudice Plaintiff. This Motion is made in good faith and not for the purpose of delaying the proceedings in this matter.

5. By filing this Motion for Extension of Time, Defendant does not waive any objections to Plaintiff's Discovery.

6. Undersigned counsel has contacted Plaintiff's counsel with regard to this Motion but has not yet received a response.

WHEREFORE, Defendant, 1602 ATLANTIC, LLC., respectfully requests that this Court grant its Motion for Extension of Time to File a Response to Plaintiff's Request for Production, Request for Production and First Set of Interrogatories and grant such other and further relief as this Court deems just and proper.

EISINGER LAW
*Counsel for Defendants,*
ATLANTIC HOTEL GROUP HOLDINGS, LLC.
& 1602 ATLANTIC, INC.
4000 Hollywood Boulevard, Suite 265 South
Hollywood, Florida 33021
Telephone: (954) 894-8000
Eisingerlitigation@gmail.com
csheir@eisingerlaw.com

By: */s/ Carolina Sznajderman Sheir*
CAROLINA SZNAJDERMAN SHEIR, ESQ.
Florida Bar No.: 45041

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on Novmber 8, 2023 I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                              EISINGER LAW
                              *Counsel for Defendants,*
                              ATLANTIC HOTEL GROUP HOLDINGS, LLC.
                              & 1602 ATLANTIC, INC.
                              4000 Hollywood Boulevard, Suite 265 South
                              Hollywood, Florida 33021
                              Telephone: (954) 894-8000
                              Eisingerlitigation@gmail.com
                              csheir@eisingerlaw.com

                              By*: /s/ Carolina Sznajderman Sheir*
                              CAROLINA SZNAJDERMAN SHEIR, ESQ.
                              Florida Bar No.: 45041

**SERVICE LIST**

OBEIDY & ASSOCIATES, P.A.
*Attorneys for Plaintiff, Maenette Jarret*
A. Andrew Obeidy, Esq.
2755 E. Oakland Park Blvd.  Ste 225
Fort Lauderdale, FL  33306
E-mail: andrew@obdlegal.com, paige@obdlegal.com

USA EMPLOYMENT LAWYERS
JORDAN RICHARDS PLLC
Jordan Richards, Esq.
*Attorneys for Plaintiff, Maenette Jarret*
1800 S.E. 10 Avenue, Ste 205
Fort Lauderdale, FL  33316
E-mail: Michael@usaemploymentlawyers.com

JACKSON LEWIS P.C
*Counsel for Defendants, Hotel Equities Group, LLC. & Atlantic Hotel Group Assets, LLC.*
Paul F. Penichet, Esq.
Stepanka Rubio, Esq.
One Biscayne Tower, Suite 3500
2 South Biscayne Boulevard
Miami, Florida 33131
E-mail: paul.penichet@jacksonlewis.com
E-mail: stepanka.rubio@jacksonlewis.com

KAUFMAN DOLOWHIC VOLUCK
*Counsel for Defendant, The Atlantic Hotel Condominium Association, Inc.*
Joseph M. Cobo, Esq.
100 S.E. 3rd Ave., Suite 1500
Fort Lauderdale, FL 33394
E-mail: jcobo@kdvlaw.com

NELSON MULLINS
Melissa Scott, Esq.
Nina Welch, Esq.
One Financial Plaza 100 S.E. 3rd Ave., Suite 1500
Fort Lauderdale, FL 33394
*Counsel for Defendants, CH Avon Florida, LLC and Atlantic Hotel Group Assets, LLC.*
E-mail: Melissa.Scott@nelsonmullins.com
E-mail: Nina.Welch@nelsonmullins.com