**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

**CASE NO. 0:23-cv-61045-AHS/Valle**

MAENETTE JARRETT,

    Plaintiff,

vs.

HOTEL EQUITIES GROUP, LLC, et. al.,

    Defendants.
_____/

**JOINT CONSENT TO PROCEED WITH UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. § 636(c), the parties to the above-captioned civil matter hereby waive their right to proceed before a District Judge of this Court and consent to have the Magistrate Judge currently assigned to the case, **Hon. Alicia Valle**, conduct any and all further proceedings in the case and order the entry of judgment. The parties do not consent to the reassignment to any other or successor Magistrate Judge.

Dated: December 1, 2023                              Respectfully submitted,

| | |
|---|---|
| **/s/ Jordan Richards** | **/s/ Paul F. Penichet** |
| Jordan Richards, Esq. | Paul F. Penichet, Esq. |
| Florida Bar No. 108372 | Florida Bar No. 899380 |
| USA Employment Lawyers - | Stepanka Rubio, Esq. |
| Jordan Richards PLLC | Florida Bar No. 1018839 |
| 1800 SE 10th Ave. Suite 205 | Jackson Lewis, P.C. |
| Fort Lauderdale, Florida 33316 | One Biscayne Tower, Suite 3500 |
| Telephone: (954) 871-0050 | 2 South Biscayne Blvd. |
| E-mail: jordan@jordanrichardspllc.com | Miami, Florida 33131 |
| Co-Counsel for Plaintiff | Telephone: (305) 577-7600 |
| | E-mail: paul.penichet@jacksonlewis.com |
| | E-mail: stepanka.rubio@jacksonlewis.com |
| | Counsel for Defendant Atlantic Hotel Group Assets, LLC and Defendant Hotel Equities Group, LLC |

| | |
|---|---|
| /s/ Andrew OBeidy | /s/ Joseph Cobo, Esq. |

Andrew Obeidy, Esq.
Florida Bar No. 910341
Obeidy & Associates, P.A.
2755 E. Oakland Park Blvd. Suite 225
Fort Lauderdale, Florida 33306
Telephone: (305) 892-5454
E-mail: andrew@obdlegal.com

Joseph Cobo, Esq.
Florida Bar No. 0114204
Kaufman Dolowich & Voluck, LLP
One Financial Plaza
100 SE 3rd Ave. Suite 1500
Fort Lauderdale, Florida 33394
Telephone: (954) 302-2360
E-mail: jcobo@kdvlaw.com
Counsel for Defendant The Atlantic Hotel
Condominium Association, Inc.

| | |
|---|---|
| /s/ Melissa Scott, Esq. | /s/ Carolina Sznajderman Sheir |

Nina Welch, Esq.
Florida Bar No. 118900
Melissa Scott, Esq.
Florida Bar No. 1010123
Nelson Mullins Riley
& Scarborough, LLP
100 SE 3rd Ave. Suite 2700
Fort Lauderdale, Florida 33394
Tel: (954) 745-5251
E-mail: Nina.Welch@nelsonmullins.com
E-mail: Melissa.Scott@nelsonmullins.com
Counsel for Defendant CH Avon Florida, LLC
and Defendant Atlantic Hotel Group Assets,
LLC

Carolina Sznajderman Sheir, Esq.
Florida Bar No. 45041
Eisinger Law
4000 Hollywood Blvd. Suite 265 South
Hollywood, Florida 33021
Telephone: (954) 894-8000
E-mail: eisingerlitigation@gmail.com
E-mail: csheir@eisingerlaw.com
Counsel for Defendant Atlantic Hotel Group
Holdings, LLC and Defendant 1602 Atlantic
LLC